WO

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Matrix New World Engineering, Land Surveying and Landscape Architecture PC,<br><br>Plaintiff,<br><br>v.<br><br>Empire Pump Corporation, et al.,<br><br>Defendants. | No. CV-17-03326-PHX-JAT<br><br>**ORDER** |

This Court previous Ordered:

> …by Monday, October 2, 2017, the removing Defendant shall supplement its notice of removal to include the state of incorporation and principal place of business for each corporation (including how the principal place of business was determined) and the citizenship of each member of the limited liability company or this case will be remanded to superior court.

Doc. 7.

Defendant failed to timely respond to the Court's order. On this record, the Court finds Defendant has failed to establish federal subject matter jurisdiction. Therefore,

**IT IS ORDERED** remanding this case to Maricopa County Superior Court.

Dated this 3rd day of October, 2017.

James A. Teilborg
Senior United States District Judge